UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In Re:                                           Chapter 13

Peter and Jullieth Shakes                        Case # 09-22938


_____X
                                                 Adversary Case No 09-08282

Peter and Jullieth Shakes
       Plaintiff,


         vs

American Home
Mortgage Serving Inc.
       Defendant.
_____X

## Notice of Dismissal

Please take notice that this action is discontinued without prejudice as to the Defendants American Home Mortgage Serving Inc.

/s/ _____
Joshua N. Bleichman, Esq.
Attorney for Plaintiff
Law Office of Bleichman and Klein
268 Route 59 10977
(845) 425-2510

1

## CERTIFICATE OF SERVICE

I, Joshua N. Bleichman, affirm under the penalties of perjury that I am not a party to this action and I am over the age of 18 years old. I served the within Notice of Dismissal on October 29, 2009, by depositing a true copy thereof by ECF or a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the US Postal Service within the State of New York, first class mail, addressed to:

Mr. David M. Friedman, CEO
American Home Mortgage Servicing Inc.
538 Broadhollow Rd.
Melville, NY 11747

Anne Miller-Hulbert
Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624

Hilary B. Bonial
Brice, Vander Linden & Wernick
9441 LBJ Freeway
Suite 350
Dallas, TX 75206

    /s/ Joshua N. Bleichman
Joshua N. Bleichman